GEOFFREY A. HANSEN
Acting Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00966 MMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR CONTINUANCE OF** |
| v. ) | **SENTENCING DATE; ORDER THEREON** |
| ) | |
| PEDRO HUMBERTO CRUZ, ) | Date: April 25, 2012 |
| ) | Time: 2:15 p.m. |
| Defendant. ) | Court: The Honorable Maxine M. Chesney |
| ) | |

The parties hereby stipulate and agree as follows:

1. Defendant Pedro Humberto Cruz respectfully requests from the Court a continuance of his sentencing date;

2. The reasons for the request is for defense counsel to obtain a signature and approval on a drafted declaration from the defendant's half brother, Adan Lobo. Mr. Lobo has been interviewed with a Spanish speaking interpreter and a substantive declaration has been prepared in support of the defendant's sentencing. Over the last four days, defense counsel has had trouble finding a mutual time in which Mr. Lobo can review and sign the declaration, due to Mr. Lobo's work schedule, transportation issues, and defense counsel's unavailability

this upcoming weekend. Sentencing memoranda had been due to this Court on April 20, 2012;

3. Defense counsel now has an appointment to meet Mr. Lobo at his home tomorrow, April 24, 2012. She thus requests a continuance of the sentencing to May 9, 2012 at 2:15 p.m., so defense counsel can present all mitigating evidence to the Court in a timely manner;

4. The Probation Officer, Brian Casai, has been contacted about the change in sentencing date, and has no objection to a sentencing date of May 9, 2012;

5. The United States Attorney's Office has no objection to a continuance of the sentencing date to May 9, 2012 at 2:15 p.m.;

Dated: April 23, 2012

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

_____/S/_____
LOWELL POWELL
Special Assistant United States Attorney

### [PROPOSED] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant ~~Ricky~~ Pedro Humberto Cruz ~~Hawkins~~ is hereby continued to May 9, 2012 at 2:15 p.m.

IT IS SO ORDERED

Dated: April 24 2012

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE